UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRETA WU,

        Plaintiff,

    v.

JOYCE KONIGSBERG, et al.,

        Defendants.

Case No. 21-cv-01134-PJH

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING PRETRIAL SCHEDULE**

    The parties in the above-captioned case have filed a joint case management statement, in advance of the case management conference set for December 14, 2023. See Dkt. 70. The parties' statement indicates that there is only one dispute that needs to be resolved at this time, namely, the parties' competing proposals for the pretrial schedule. Plaintiffs propose a fact discovery cutoff of May 31, 2024 and a trial date of February 3, 2025, while defendants propose a fact discovery cutoff of November 30, 2024 and a trial date of November 1, 2025. See Dkt. 70 at 6. In the court's view, defendants' proposed schedule would result in unnecessary delay, with a trial date nearly two years away. Accordingly, the court adopts plaintiffs' proposed schedule, as follows:

| | |
|---|---|
| Fact discovery cutoff: | May 31, 2024 |
| Designation of opening experts: | August 30, 2024 |
| Dispositive motion hearing deadline: | October 3, 2024 |
| Designation of rebuttal experts: | October 18, 2024 |
| Expert discovery cutoff: | December 13, 2024 |
| Pretrial conference: | January 2, 2025 |

| | | |
|---|---|---|
| 1 | Trial date: | February 3, 2025 |

The case management conference set for December 14, 2023 is VACATED.

**IT IS SO ORDERED.**

Dated: December 11, 2023

                                                      /s/ *Phyllis J. Hamilton*
                                             PHYLLIS J. HAMILTON
                                             United States District Judge