UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRETA WU,

        Plaintiff,

    v.

JOYCE KONIGSBERG, et al.,

        Defendants.

Case No. 21-cv-01134-PJH

**ORDER RE PRETRIAL DEADLINES AND CASE STATUS**

On December 11, 2023, the court issued an order setting a pretrial schedule, which set the Pretrial Conference for January 2, 2025, and a court trial for February 3, 2025. See Dkt. 72. The deadlines for filing dispositive motions and pretrial papers have both passed with none having been filed, suggesting that the parties do not anticipate an actual trial to take place.

Accordingly, the parties shall notify the court in a joint filing, no later than **December 13, 2024**, the status of this case.

        **IT IS SO ORDERED.**

Dated: December 9, 2024

                                   /s/ *Phyllis J. Hamilton*
                                   PHYLLIS J. HAMILTON
                                   United States District Judge